# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161454(55)


LESLIE J. MURPHY,

      Plaintiff-Appellant,

v

SAMUEL M. INMAN, III, JOHN F. SMITH,
BERNARD M. GOLDSMITH, WILLIAM O.
GRABE, LAWRENCE DAVID HANSEN,
ANDREAS MAI, JONATHAN YARON,
and ENRICO DIGIROLAMO,

      Defendants-Appellees.

_____/

SC: 161454
COA: 345758
Oakland CC: 2017-159571-CB

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 26, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2020



Clerk